Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUCINE TRIM,** individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>**GABRI ISLE LLC,** and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:21-cv-04975-FMO-PVC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 7th day of October, 2021.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on this 7th day of October, 2021, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 7th day of October, 2021, via the ECF system to all interested parties

This 7th day of October, 2021.
By: s/Todd M. Friedman
       Todd M. Friedman